# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1875

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Plaintiff-Appellee, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * Northern District of Iowa. |
| Martin Zavala-Vega, also known | * |
| as Roberto, | * |
| | * [UNPUBLISHED] |
| Defendant-Appellant. | * |

_____

Submitted:  December 17, 1999

Filed:  December 22, 1999

_____

Before MURPHY and MAGILL, Circuit Judges, and SMITH[*], District Judge.

_____

PER CURIAM.

Martin Zavala-Vega was charged with violating 21 U.S.C. §841(a)(1) by distributing methamphetamine, aiding and abetting distribution of methamphetamine, possession with intent to distribute methamphetamine, and aiding and abetting possession with intent to distribute methamphetamine.  The jury found that Zavala-

_____

[*]The HONORABLE ORTRIE D. SMITH, United States District Judge for the Western District of Missouri, sitting by designation.

Vega had violated §841(a)(1) in all four ways, and the district court[1] sentenced him to two hundred forty one months imprisonment. He now appeals his conviction and his sentence, challenging the sufficiency of the evidence, certain evidentiary rulings made at trial, and the court's determination of the amount of methamphetamine for which he should be accountable and its application of an enhancement for possession of a firearm. Zavala-Vega also argues that the jury must have been confused in finding him guilty on all four theories advanced by the government. After reviewing the record, we find that there was sufficient evidence to uphold the verdict, that there was nothing improper about the way the case was presented to the jury, that the evidentiary rulings were within the court's discretion, and that there was no error of fact or law in the court's sentencing determinations.

For these reasons, the judgment of the district court is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.